**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: **LUIS ALBERTO MARTINEZ SOTO**<br>SSN xxx-xx-2871<br>**MAGALY GALARZA BEAUCHAMP**<br>SSN xxx-xx-2448<br>Debtor(s) | CASE NO: **24-00287-MAG**<br><br>**Chapter 13** |

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **NYDIA GONZALEZ ORTIZ***

Total Agreed: **$3,663.00** Paid Pre-Petition: **$437.00** Outstanding (Through the Plan): **$3,226.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months ☑ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time. Projected Disposable Income: $**0.00**

**Liquidation Value: $7,486.00 Estimated Priority Debt: $0.00**

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $7,486.00**

With respect to the (amended) Plan date: **Nov 14, 2024 (Dkt 69)** **Plan Base: $34,850.00**

**The Trustee:** ☑ **DOES NOT OBJECT** ☐ **OBJECTS** **Plan Confirmation** **Gen. Uns. Approx. Dist.: 13.897 %**

*OTHER COMMENTS / OBJECTIONS

NONE.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: June 23, 2025

/s/ Nannette Godreau, Esq.

Last Docket Verified: 85 Last Claim Verified: 7 CMC: